**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-00293-REB-MJW

LARRY BIBY and VINCE ABEYTA,
on behalf of themselves and all others similarly situated,

     Plaintiff,

v.

TITAN INDEMNITY COMPANY,
a Texas corporation,

     Defendant.
_____

ORDER OF DISMISSAL
_____

**Blackburn, J.**

     The parties have filed a **Stipulation of Dismissal With Prejudice** [#116], on July 18, 2005.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and this action be dismissed with prejudice.

     **THEREFORE IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal With Prejudice** [#116], filed on July 18, 2005, is **APPROVED**;

     2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs;

     3.  That the trial preparation conference set for July 8, 2005, and the jury trial set to commence July 11, 2005, are **VACATED**; and

     4.  That any pending motion is **DENIED** as moot.

     Dated this 18th day of July, 2005, at Denver, Colorado.

                                        BY THE COURT:

                                        s/Robert E. Blackburn
                                        Robert E. Blackburn
                                        United States District Judge